

# IN THE SUPREME COURT OF PENNSYLVANIA

13·mc-0195

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 1940 Disciplinary Docket No. 3 |
| Petitioner | : | |
| | : | No. 5 DB 2013 |
| v. | : | |
| | : | Attorney Registration No. 208824 |
| JOSEPH D. LENTO, | : | |
| Respondent | : | (Philadelphia) |

**ORDER**

FILED
JUL 24 2013
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

**PER CURIAM:**

AND NOW, this 17th day of July, 2013, upon consideration of the Recommendation of the Three-Member Panel of the Disciplinary Board dated April 23, 2013, the Joint Petition in Support of Discipline on Consent is hereby granted pursuant to Rule 215(g), Pa.R.D.E., and it is

ORDERED that Joseph D. Lento is suspended from the practice of law for a period of one year, followed by a period of probation for one year, subject to the following conditions:

1. Respondent shall select a practice monitor subject to the approval of the Office of Disciplinary Counsel.

2. The practice monitor shall do the following during the period of Respondent's probation:

   a. Periodically examine Respondent's law office organization and procedures to ensure that he is maintaining an acceptable tickler system, filing system and other administrative aspects of his practice;

b. Meet with Respondent at least monthly to examine his progress towards satisfactory and timely completion of clients' legal matters and regular client contact;

c. Answer law office management questions, offer practical guidance as to how to ethically operate a law practice, ensure that Respondent does not improperly solicit potential clients and monitor his compliance with the Rules of Professional Conduct;

d. File quarterly written reports on a Board-approved form with the Secretary of the Board; and

e. Report to the Secretary any violations by Respondent of the terms and conditions of probation.

3. Respondent shall comply with all the provisions of Rule 217, Pa.R.D.E.

A True Copy Patricia Nicola
As Of 7/17/2013

Attest: *[signature]*
Chief Clerk
Supreme Court of Pennsylvania