IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN THE MATTER OF:	:	MISCELLANEOUS
:
JOSEPH D. LENTO	:	NO. 13-mc-0195

## ORDER TO SHOW CAUSE

**AND NOW**, this     30th     day of July, 2013, it appearing that on July 17, 2013, respondent was **suspended** from the practice of law by the Supreme Court of Pennsylvania for a period of one (1) year, effective thirty (30) days from July 17, 2013, it is hereby

**ORDERED** that respondent file with this court, within thirty (30) days from the date of service of this Order, an answer informing this court of any claim by the respondent, predicated upon the grounds set forth in Local Rule of Civil Procedure 83.6 II D, that the imposition of identical discipline by this court would be unwarranted, and the reasons therefore.

FOR THE COURT:


/s/ Petrese B. Tucker
**PETRESE B. TUCKER**
**Chief Judge**