



## LAW OFFICES OF
# JOSEPH D. LENTO, ESQ.
### AND ASSOCIATES

PENNSYLVANIA: 121 S. BROAD STREET, 2ND FLOOR, PHILADELPHIA, PA 19107
NEW JERSEY: 116 N. 7TH STREET, CAMDEN, NJ 08102
REPLY TO: P.O. BOX 506, NARBERTH, PA 19072
**PHONE: 888-J-D-LENTO (888-535-3686)**
LentoLawOffices.com

13·MC·0195

FILED
AUG 12 2013
MICHAEL E. KUNZ, Clerk
By____ Dep. Clerk

Clerk
U.S. District Court
Eastern District of Pennsylvania
601 Market Street, Room 2609
Philadelphia, PA 19106-1797

Dear Clerk:

Respectfully, it is my responsibility to inform you of my one-year suspension.

Please contact me at 215-535-3686 if you have any questions or concerns.

Thank you.

Sincerely,

*Joseph D. Lento*

Joseph D. Lento, Esq.

Enclosures

Form DB-23
(9/2009)

## NONLITIGATION NOTICE OF DISBARMENT, SUSPENSION, ADMINISTRATIVE SUSPENSION OR TRANSFER TO INACTIVE STATUS

Registered or Certified Mail
Return Receipt Requested

To: *U.S. District Court*
[Name of Client]
*Eastern District of Pennsylvania*
[Address]
*601 Market Street, Room 2609*
*Philadelphia, PA 19106-1797*

Pursuant to Rule 217(a) of the Pennsylvania Rules of Disciplinary Enforcement, you are hereby advised that by Order of the Supreme Court of Pennsylvania, I have been [ ] Disbarred, [X] Suspended, [ ] Administratively Suspended, [ ] transferred to inactive status.

Said Order is effective *August 16, 2013*.

It will be necessary, therefore, for you to obtain other counsel to represent you further in the matters for which I had been previously retained.

_8/08/13_
[Date]

_/s/ Joseph D. Lento_
[Signature]

## AFFIDAVIT OF SERVICE

Pursuant to Rule 217(b) of Pa.R.D.E., Joseph D. Lento, hereby certifies that he served notice of his suspension to the following party by way of United States certified mail for which return receipt was requested on August 8/10/13 JDL, 2013.

Name: Clerk
U.S. District Court

Address: Eastern District of Pennsylvania
601 Market Street, Room 2609
Philadelphia, PA 19106-1797

I hereby certify under the penalties provided by 18 Pa. C.S. § 4904 (relating to unsworn falsification to authorities) that the foregoing statements are true and correct and contain no misrepresentations or omissions of material fact.

Signed: _Joseph D. Lento_
Joseph D. Lento

✓ Dated: August 9, 2013

IN THE SUPREME COURT OF PENNSYLVANIA

| | |
|---|---|
| OFFICE OF DISCIPLINARY COUNSEL,<br>　　　　Petitioner | : No. 1940 Disciplinary Docket No. 3<br>:<br>: No. 5 DB 2013 |
| v. | :<br>: Attorney Registration No. 208824 |
| JOSEPH D. LENTO,<br>　　　　Respondent | :<br>: (Philadelphia) |

## ORDER

**PER CURIAM:**

　　**AND NOW**, this 17th day of July, 2013, upon consideration of the Recommendation of the Three-Member Panel of the Disciplinary Board dated April 23, 2013, the Joint Petition in Support of Discipline on Consent is hereby granted pursuant to Rule 215(g), Pa.R.D.E., and it is

　　ORDERED that Joseph D. Lento is suspended from the practice of law for a period of one year, followed by a period of probation for one year, subject to the following conditions:

　　1.　Respondent shall select a practice monitor subject to the approval of the Office of Disciplinary Counsel.

　　2.　The practice monitor shall do the following during the period of Respondent's probation:

　　　　a.　Periodically examine Respondent's law office organization and procedures to ensure that he is maintaining an acceptable tickler system, filing system and other administrative aspects of his practice;

  b. Meet with Respondent at least monthly to examine his progress towards satisfactory and timely completion of clients' legal matters and regular client contact;

  c. Answer law office management questions, offer practical guidance as to how to ethically operate a law practice, ensure that Respondent does not improperly solicit potential clients and monitor his compliance with the Rules of Professional Conduct;

  d. File quarterly written reports on a Board-approved form with the Secretary of the Board; and

  e. Report to the Secretary any violations by Respondent of the terms and conditions of probation.

3.  Respondent shall comply with all the provisions of Rule 217, Pa.R.D.E.

A True Copy Patricia Nicola
As Of 7/17/2013

Attest: *Patricia Nicola*
Chief Clerk
Supreme Court of Pennsylvania

IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY

IN RE:  JOSEPH D. LENTO : NO. 1940 DISCIPLINARY
: DOCKET NO. 3
:
I.D. NO:  208824 : NO. 5 DB 2013

## ORDER

AND NOW, this 23RD day of July, 2013, this Court having been advised by the Order of the Supreme Court dated July 17, 2013, it is hereby ORDERED that JOSEPH D. LENTO is suspended on consent from the Bar of this Commonwealth for a period of one year, followed by a period of probation for one year, subject to the following conditions:

1. Respondent shall select a practice monitor subject to the approval of the Office of the Disciplinary Counsel.
2. The practice monitor shall do the following during the Respondent's probation:
    a. Periodically examine Respondent's law office organization and procedures to ensure that he is maintaining an acceptable tickler system, filing system and other administrative aspects of his practice;
    b. Meet with Respondent at least monthly to examine his progress towards satisfactory and timely completion of clients' legal matters and regular client contact.
    c. Answer law office management questions, offer practical guidance as to how to ethically operate a law practice, ensure that Respondent does not improperly solicit potential clients and monitor his compliance with the Rules of Professional Conduct.
    d. File quarterly written reports on a Board-approved form with the Secretary of the Board; and
    e. Report to the Secretary any violations by Respondent of the terms and conditions of probation.
3. Respondent shall comply with all the provisions of Rule 217, Pa.R.D.E.

IT IS FURTHER ORDERED that upon being reinstated to active status, respondent shall be placed on probation for a period of One year subject to the condition that during the period of probation he shall not commit any violations of the Rules and must submit quarterly sworn certifications to the Board, with copies to Disciplinary Counsel, that he is in compliance with this condition.

IT IS HEREBY ORDERED and DECREED that the said formerly admitted attorney is removed as attorney for any party for whom his appearance is entered. In the event the said formerly admitted attorney is reinstated, new entry of appearance shall be filed in every case in which he will be the attorney of record.

IT IS FURTHER ORDERED, and DECREED that the said formerly admitted attorney is removed from the Arbitration list and other court appointment lists.

IT IS FURTHER ORDERED and DECREED that any civil cases in which the said formerly admitted attorney represented a party shall be deferred for a period of sixty (60) days to permit the said party to retain new counsel. Thereafter, the case shall proceed as heretofore. All further

notices sent pursuant to Pa. R.C.P. No. 236 shall be forwarded to the party's last address of record until such time as a new attorney enters an appearance on behalf of that party.

IT IS FURTHER ORDERED and DECREED that the appropriate criminal listings office shall forthwith appoint new counsel if the formerly admitted attorney was Court appointed to represent any defendant, and new counsel shall immediately undertake representation of the defendant. In the event the criminal defendant had privately retained the formerly admitted attorney, the said defendant shall obtain substitute counsel prior to the next scheduled hearing.

IT IS FURTHER ORDERED and DECREED that unless otherwise ordered by the Court, all Family Court cases shall proceed as scheduled and the appropriate clients of the formerly admitted attorney are directed to secure new counsel prior to the next scheduled listing so as to cause no delay in the trial of the case.

The formerly admitted attorney shall serve a copy of this Order on all clients and shall file an Affidavit of Service (together with a copy of this Order) in connection with each case in which he is an attorney of record and he shall set forth in the Affidavit of Service the client's current address.

BY THE COURT:

PAMELA PRYOR DEMBE
PRESIDENT JUDGE