IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN THE MATTER OF:            :        MISCELLANEOUS
                             :
JOSEPH D. LENTO              :        NO. 13-mc-0195

### ORDER

**AND NOW**, this 13th day of September, 2013, respondent having been ordered on July 30, 2013, to show cause, within thirty (30) days, why he should not be **suspended** from the practice of law in this court, for a period of one (1) year, effective thirty (30) days from July 17, 2013, and respondent not having answered or requested a hearing, it is hereby

**ORDERED** that respondent is **suspended** from the practice of law in this court, for a period of one (1) year, effective thirty (30) days from July 17, 2013, and until further Order of this court.

BY THE COURT:

/s/ Petrese B. Tucker
**PETRESE B. TUCKER**
**Chief Judge**