IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN THE MATTER OF: | : | MISCELLANEOUS |
| | : | |
| JOSEPH D. LENTO | : | NO. 13-mc-0195 |

**FILED**
MAY 16 2019
KATE BARKMAN, Clerk
By_____
Dep. Clerk

**ORDER**

**AND NOW**, this  16th day of May, 2019, it is hereby

**ORDERED** that this matter is referred to a committee of this court, to be

chaired by Judge Paul S. Diamond, in order for the said committee to make a

recommendation to the court on this matter.

**BY THE COURT:**

JUAN R. SANCHEZ
**Chief Judge**