## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN THE MATTER OF | : | MISCELLANEOUS |
| | : | |
| JOSEPH D. LENTO | : | No. 13-195 |
| | : | |

### N O T I C E

**AND NOW**, this 29th day of May, 2019, please take note that a **HEARING** in the above-captioned matter will be held on **July 15, 2019** at **2:30 p.m.** in Courtroom 14A, United States District Court, 601 Market Street, Philadelphia, PA 19106. You may have counsel represent you at the hearing.

ATTEST:                                                                                  or BY THE COURT:

BY:  */s/ Richard C. Thieme*
     Richard C. Thieme                                                         Paul S. Diamond, J.
     Deputy Clerk

cc:   Honorable Robert F. Kelly
      Honorable Marilyn Heffley
      Joseph D. Lento
      Steven C. Feinstein