# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re: JOSEPH D. LENTO  :  13-MC-195

**FILED**
JUL 18 2019
KATE BARKMAN, Clerk
By _____ Dep. Clerk

ORDER

AND NOW, this 17TH day of July 2019, it is hereby ORDERED that the digital audio recording and transcript of the Hearing held on July 15, 2019 is SEALED and IMPOUNDED until further Order of the Court.

AND IT IS SO ORDERED,

_____
PAUL S. DIAMOND

*copies mailed to: J. Lento*
*emailed to: S. Feinstein*
*7.18.19*