IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN THE MATTER OF JOSEPH D. LENTO : MISCELLANEOUS DOCKET
: NO. 2:13-mc-00195-PD

### ENTRY OF APPEARANCE

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA:

Please enter the appearance of Samuel C. Stretton, Esquire, on behalf of the Petitioner, Joseph D. Lento, in the captioned matter.

Respectfully submitted,

*s/Samuel C. Stretton*
Samuel C. Stretton, Esquire
Attorney for Petitioner,
 Joseph D. Lento
103 S. High St., P.O. Box 3231
West Chester, PA  19381-3231
(610) 696-4243
Attorney I.D. No. 18491

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN THE MATTER OF JOSEPH D. LENTO : MISCELLANEOUS DOCKET
: NO. 2:13-mc-00195-PD

### CERTIFICATE OF SERVICE

I hereby certify I am this date serving a copy of my Entry of Appearance on behalf of the Petitioner, Joseph D. Lento, in the captioned matter upon the following persons in the manner indicated below.

Service by First Class Mail addressed as follows:

1. Honorable Paul S. Diamond
   United States District Court for the
    Eastern District of Pennsylvania
   James A. Byrne U.S. Courthouse
   601 Market Street, Room 14614
   Philadelphia, PA 19106

2. Joseph D. Lento, Esquire
   Lento Law Firm
   1500 Walnut Street, Suite 500
   Philadelphia, PA 19102

   Respectfully submitted,

*July 19, 2019*                *s/Samuel C. Stretton*
Date                           Samuel C. Stretton, Esquire
                               Attorney for Petitioner,
                                Joseph D. Lento
                               103 S. High Street
                               P.O. Box 3231
                               West Chester, PA  19381
                               (610) 696-4243
                               Attorney I.D. No. 18491