IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN THE MATTER OF JOSEPH D. LENTO   :   MISCELLANEOUS DOCKET
                                                          :   NO. 2:13-mc-00195-PD

## MOTION OF THE PETITIONER, JOSEPH D. LENTO, TO EXTEND THE TIME TO SUBMIT DOCUMENTS

The Petitioner, Joseph D. Lento, by and through his new counsel, Samuel C. Stretton, Esquire, respectfully requests this Honorable Court grant him an extension of time until August 12, 2019 to submit requested documents for the following reasons:

1. Mr. Lento and Mr. Stretton need additional time to decide whether or not they should withdraw the Petition for Reinstatement and/or request a second hearing where character witnesses can be presented and other fact witnesses, and whether the issues raised by this Honorable Court can be presented and corrected.

2. Mr. Lento and Mr. Stretton need additional time to produce the requested items.

3. The additional time would allow Mr. Stretton to become familiar with this case and to read the notes of testimony, which are in the process of being ordered.

WHEREFORE, the Petitioner, Joseph D. Lento, by and through his counsel, Samuel C. Stretton, Esquire, respectfully requests this Honorable Court allow him until August 12, 2019 to make the

above stated decisions and file the requested items for the reasons above stated.

                                    Respectfully submitted,

                                    *s/Samuel C. Stretton*
                                    Samuel C. Stretton, Esquire
                                    Attorney for Petitioner,
                                     Joseph D. Lento
                                    103 S. High St., P.O. Box 3231
                                    West Chester, PA   19381-3231
                                    (610) 696-4243
                                    Attorney I.D. No. 18491

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN THE MATTER OF JOSEPH D. LENTO : MISCELLANEOUS DOCKET
: NO. 2:13-mc-00195-PD

## CERTIFICATE OF SERVICE

I hereby certify I am this date serving a copy of the Petitioner's Motion for an Extension of Time to File Documents in the captioned matter upon the following persons in the manner indicated below.

Service by First Class Mail addressed as follows:

1. Honorable Paul S. Diamond
   United States District Court for the
    Eastern District of Pennsylvania
   James A. Byrne U.S. Courthouse
   601 Market Street, Room 14614
   Philadelphia, PA 19106

2. Joseph D. Lento, Esquire
   Lento Law Firm
   1500 Walnut Street, Suite 500
   Philadelphia, PA 19102

Respectfully submitted,

*July 19, 2019*  *s/Samuel C. Stretton*
Date            Samuel C. Stretton, Esquire
                Attorney for Petitioner,
                 Joseph D. Lento
                103 S. High Street
                P.O. Box 3231
                West Chester, PA   19381
                (610) 696-4243
                Attorney I.D. No. 18491