IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN THE MATTER OF JOSEPH D. LENTO : MISCELLANEOUS DOCKET
: NO. 2:13-mc-00195-PD

**ORDER**

AND NOW, this            day of                    , 2019, upon consideration of the Petitioner's Motion for an Extension of Time to Submit Documents, it is hereby ORDERED and DECREED the said Motion is GRANTED and Petitioner has until August 12, 2019 to file the requested documents.

BY THE COURT:

_____
                                                        J.