

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN THE MATTER OF | : | MISCELLANEOUS |
| | : | |
| JOSEPH D. LENTO | : | No. 13-195 |

### ORDER

FILED
JUL 22 2019
KATE BARKMAN, Clerk
By_____ Dep. Clerk

AND NOW, this 22nd day of July, 2019, upon consideration of Petitioner Joseph D. Lento's July 19, 2019 Motion to Extend the Time to Submit Documents (Doc. No. 12), it is hereby **ORDERED** that Petitioner's Motion (Doc. No. 12) is **GRANTED in part**. Petitioner shall **SUBMIT** all requested documents **no later than** noon on **July 26, 2019**.

AND IT IS SO ORDERED.

_____
Paul S. Diamond, J.

*Copies mailed to:*
*J. Lento*
*emailed to:*
*S. Stretton*
*S. Feinstein*
*7·23·19*