IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN THE MATTER OF JOSEPH D. LENTO : MISCELLANEOUS DOCKET
: NO. 2:13-mc-00195-PD

### MOTION OF THE PETITIONER, JOSEPH D. LENTO, TO WITHDRAW HIS REINSTATEMENT PETITION

The Petitioner, Joseph D. Lento, by and through his new counsel, Samuel C. Stretton, Esquire, respectfully requests this Honorable Court grant him permission to withdraw his Reinstatement Petition for the following reasons:

1.  The Petitioner, Joseph Lento, filed a Petition to be reinstated to practice law in the United States District Court for the Eastern District of Pennsylvania.

2.  Mr. Lento and his counsel did not fully appreciate and/or fully prepare properly for the reinstatement hearing.

3.  As a result, there are a number of issues that were raised by this Honorable Court.

4.  Mr. Lento subsequently contacted and discussed this case with present counsel, Samuel C. Stretton, Esquire, who has entered his appearance.

5.  After reviewing the matters with Mr. Lento, Mr. Lento has made the decision and asked Mr. Stretton to attempt to withdraw his Reinstatement Petition so he can collect all the requested documents and, sometime in the future, seek a new reinstatement hearing where he can properly present the request

for reinstatement, present character witnesses and has dealt with the issues raised by this Honorable Court.

WHEREFORE, the Petitioner, Joseph D. Lento, by and through his counsel, Samuel C. Stretton, Esquire, respectfully requests this Honorable Court allow Mr. Lento to withdraw his Reinstatement Petition without prejudice with the right in the future to refile and start anew.

                        Respectfully submitted,

                        *s/Samuel C. Stretton*
                        Samuel C. Stretton, Esquire
                        Attorney for Petitioner,
                         Joseph D. Lento
                        103 S. High St., P.O. Box 3231
                        West Chester, PA  19381-3231
                        (610) 696-4243
                        Attorney I.D. No. 18491

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN THE MATTER OF JOSEPH D. LENTO : MISCELLANEOUS DOCKET
: NO. 2:13-mc-00195-PD

### CERTIFICATE OF SERVICE

I hereby certify I am this date serving a copy of the Petitioner's Motion to Withdraw his Reinstatement Petition in the captioned matter upon the following persons in the manner indicated below.

Service by First Class Mail addressed as follows:

1. Honorable Paul S. Diamond
   United States District Court for the
    Eastern District of Pennsylvania
   James A. Byrne U.S. Courthouse
   601 Market Street, Room 14614
   Philadelphia, PA 19106

2. Joseph D. Lento, Esquire
   Lento Law Firm
   1500 Walnut Street, Suite 500
   Philadelphia, PA 19102

Respectfully submitted,

*July 23, 2019*  *s/Samuel C. Stretton*
Date             Samuel C. Stretton, Esquire
                 Attorney for Petitioner,
                  Joseph D. Lento
                 103 S. High Street
                 P.O. Box 3231
                 West Chester, PA  19381
                 (610) 696-4243
                 Attorney I.D. No. 18491