IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN THE MATTER OF JOSEPH D. LENTO : MISCELLANEOUS DOCKET
: NO. 2:13-mc-00195-PD

## ORDER

AND NOW, this _____ day of _____, 2019, upon consideration of the Petitioner's Motion to Withdraw his Reinstatement Petition, it is hereby ORDERED and DECREED the said Motion is GRANTED.

BY THE COURT:

_____
J.