IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN THE MATTER OF** | : | **MISCELLANEOUS** |
| | : | |
| **JOSEPH D. LENTO** | : | **No. 13-195** |

**FILED**
**JUL 23 2019**
KATE BARKMAN, Clerk
By _____ Dep. Clerk

## ORDER

**AND NOW**, this 23rd day of July, 2019, upon consideration of Petitioner Joseph D. Lento's Motion to Withdraw His Reinstatement Petition (Doc. No. 14), it is hereby **ORDERED** that:

1. Petitioner's Motion (Doc. No. 14) is **GRANTED**; and

2. Petitioner's Petition for Reinstatement (Doc. No. 6) is **WITHDRAWN**.

BY THE COURT

JUAN R. SÁNCHEZ
Chief Judge

*copies mailed to:*
*J. Lento*
*emailed to:*
*S. Stretton, Esq.*
*S. Feinstein, Esq.*