# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN THE MATTER OF** | : | **MISCELLANEOUS** |
| | : | |
| **JOSEPH D. LENTO** | : | **No. 13-195** |

## ORDER

**AND NOW**, this 5th day of December, 2022, it is hereby **ORDERED** that the Pennsylvania Office of Disciplinary Counsel's unopposed "Motion to Unseal Transcript in Reinstatement Hearing" (Doc. No. 17) is **GRANTED**.

The transcript of the July 15, 2019 reinstatement hearing in this matter (Doc. No. 15) is unsealed, and the transcript shall be furnished to the Office of Disciplinary Counsel for use in Mr. Lento's pending Pennsylvania disciplinary proceeding.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
Paul S. Diamond, J.