

# NISSENBAUM LAW GROUP, LLC
### ATTORNEYS AT LAW
GDNLAW.COM

2400 MORRIS AVENUE, SUITE 301
UNION, NEW JERSEY 07083

P. 908.686.8000
F. 908.686.8550

GARY D. NISSENBAUM, ESQ. φ
LAURA J. MAGEDOFF, ESQ. □
ANTHONY C. GUNST IV, ESQ. ∞

NEELAM K. SINGH, ESQ. Δ
RYAN N. FERNANDEZ, ESQ. ○
SALMA A. ATTIA, ESQ. ◊

JOSHUA K. RIFKIN, ESQ. •

SENIOR PARALEGALS
 CAROLE ZEMPEL
 KAITLYN SCHUMACHER
PARALEGALS
 AMANDA MILLER
 GABRIEL A. DAVID
 ALEXANDRA LLAVERIAS

140 BROADWAY, 46TH FLOOR
NEW YORK, NEW YORK 10005
212.871.5711

100 CRESCENT COURT, 7TH FLOOR
DALLAS, TEXAS 75201
214.222.0020

1650 MARKET STREET, STE 3600
PHILADELPHIA, PENNSYLVANIA 19103
215.523.9350

φ   *Admitted in NJ, NY, PA, TX & DC*
□   *Admitted in NJ, NY, PA & TX*
∞   *Admitted in NJ, NY & PA*
○   *Admitted in NJ, NY & TX*
Δ   *Admitted in NJ & NY*
•   *Admitted in NJ & NC*
◊   *Admitted in NJ*

MEETINGS BY APPOINTMENT ONLY

December 10, 2024

**VIA ECF**
The Honorable Mitchell S. Goldberg, Chief Judge
United States District Court
Eastern District of Pennsylvania
James A. Byrne U.S. Courthouse, Room 17614
601 Market Street
Philadelphia, Pennsylvania 19106-1797

    Re:    **In the Matter of Joseph D. Lento; Misc. No. 13-mc-0195**
               **Order to Show Cause**

Dear Judge Goldberg:

    Our firm was retained by Joseph D. Lento, Esq. to represent him in the above-captioned matter and we will be appearing on his behalf.

    Additionally, the underlying matter at issue in this case is voluminous, to say the least, and lasted approximately five (5) years. In conjunction with our recent involvement with the Pennsylvania matter[1], we respectfully request a one hundred and twenty (120) day extension to submit the response to the November 26, 2024 Order to Show Cause so that the new deadline would be April 25, 2024 rather than December 26, 2024.

---

[1] Our firm has been representing Mr. Lento for a number of years but we did not represent him in the underlying Pennsylvania matter that resulted in the five (5) year suspension, which is at issue in this case.

Thank you for your time and attention to this matter.

                                        Respectfully Submitted,

                                        NISSENBAUM LAW GROUP, LLC

                                        BY:   */s/ Anthony C. Gunst IV*
                                                    Anthony C. Gunst, IV