IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE                             :
                                  :     Misc. No. 13-195
JOSEPH D. LENTO                   :

## ORDER

AND NOW, this 13th day of December 2024, it is hereby **ORDERED** that Respondent's extension request is **GRANTED IN PART**. Joseph Lento **SHALL SHOW CAUSE** why the imposition of identical discipline by this court would be unwarranted by **NO LATER THAN January 26, 2025 at 12:00 p.m.**

**NO FURTHER EXTENSIONS WILL BE GRANTED.**

AND IT IS SO ORDERED.

_____
Mitchell S. Goldberg
Chief Judge