**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | MISCELLANEOUS |
| | : | |
| JOSEPH D. LENTO | : | NO. 13-mc-0195 |

### ORDER TO SHOW CAUSE

**AND NOW**, this 31st day of January, 2025, it is hereby **ORDERED** that this matter is referred to this court's Attorney Discipline Committee chaired by the Honorable Paul S. Diamond, in order for the said committee to make recommendation to the court on this matter.

**FOR THE COURT:**

/s/Mitchell S. Goldberg
**MITCHELL S. GOLDBERG, C.J.**